IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD STONE | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 20-5489 |
| TRANS UNION LLC, ET AL. | : |

## ORDER

**AND NOW**, this  22nd  day of  October , 2021, upon consideration of Trans Union's Motion for Judgment on the Pleadings (ECF No. 25) and Ronald Stone's Cross Motion for Judgment on the Pleadings (ECF No. 26), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that Defendant Trans Union's Motion (ECF No. 25) is **GRANTED**, and Plaintiff Stone's Motion (ECF No. 26) is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**